STATE v. BLACKWELL

[99 N.C. App. 359 (1990)]

STATE OF NORTH CAROLINA v. DONALD M. BLACKWELL

No. 8929SC1053

(Filed 3 July 1990)

**Criminal Law § 375 (NCI4th); Arrest and Bail § 144 (NCI4th) — driving while impaired — pretrial release — comments of judge — no error**

A DWI defendant's pretrial release rights were not violated, comments made during the trial by the judge were made in a permissible effort to move the trial along, and none of the comments affected the verdict.

**Am Jur 2d, Trial §§ 91 et seq.**

APPEAL by defendant from judgment entered 8 March 1989 by *Judge Claude S. Sitton* in TRANSYLVANIA County Superior Court. Heard in the Court of Appeals 29 May 1990.

*Attorney General Lacy H. Thornburg, by Associate Attorney General Hal F. Askins, for the State.*

*C. K. Brown, Jr. for defendant appellant.*

PHILLIPS, Judge.

In appealing his conviction of driving while impaired defendant makes two contentions, neither of which has merit. First, he contends that the charge must be dismissed because the Magistrate failed to inform him of his right to be released pending trial and to permit him to obtain a blood test. In considering defendant's motion the Superior Court, upon conflicting evidence, found facts which support the conclusion that defendant's pre-trial release rights were not violated. Defendant's other contention is that during the trial the judge prejudiced the jury against him by making remarks that indicated his bias against him. Viewed in the context of the trial, most of the remarks complained of were made in a permissible effort to move the trial along and in our opinion none of them affected the verdict.

No error.

Judges ARNOLD and COZORT concur.